**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NORMA LIZETH LOPEZ OYUELA, | No. 09-73724 |
| Petitioner, | Agency No. A072-776-004 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 9, 2010 [**]

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

Norma Lizeth Lopez-Oyuela, a native and citizen of Honduras, petitions pro

se for review of the Board of Immigration Appeals' dismissal of her appeal from

the immigration judge's denial of her applications for asylum, withholding of

removal, and relief under the Convention Against Torture.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Lopez-Oyuela contends that the BIA erred in denying her applications for relief because she suffered past persecution, and she fears future persecution, due to her political opinions in support of a minority political party in Honduras. Lopez-Oyuela failed to raise her claim of persecution based on her political opinion before the BIA, and therefore she has failed to administratively exhaust the only claim that she raises before this court. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**